AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

*Efrain Mejia-Flores,*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-47-M

I, *Efrain Mejia-Flores*, charged in a (complaint) (petition) pending in this District with *Illegal readmission into the United States* in violation of Title *8*, U.S.C., *1326(a) and 1326(b)(1)*,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Efrain Mejia Flores*
Defendant

2/27/2008
Date

*[signature]*
Counsel for Defendant